UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLENA BINROTH,

      Plaintiff,

v.

THE RESOURCE GROUP,

      Defendant.

_____/

Case No. 2:22-cv-13050

HONORABLE STEPHEN J. MURPHY, III

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Magistrate Judge Kimberly Altman informed the Court's chambers via email that the parties reached a preliminary settlement agreement. Because of the settlement, there is no longer a case or controversy before the Court. The Court will therefore dismiss the case without prejudice and require the parties to file closing documents dismissing the case with prejudice no later than October 6, 2023. The Court will retain jurisdiction to resolve any disputes over settlement matters, including reopening the case if the settlement ultimately fails. The Court is most appreciative of the parties' and the magistrate judge's efforts to resolve the case and to keep the Court informed of developments.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Parties must **FILE** their closing

1

documents dismissing the case with prejudice **no later than October 6, 2023**.

    **SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: September 18, 2023