UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLENA BINROTH,

               Plaintiff,

v.

THE RESOURCE GROUP,

               Defendant.

_____/

Case No. 2:22-cv-13050

HONORABLE STEPHEN J. MURPHY, III

## STIPULATED ORDER DISMISSING THE CASE WITH PREJUDICE

Pursuant to the stipulation of the parties, Plaintiff Marlena Binroth and Defendant The Resource Group, the above-captioned matter is **DISMISSED WITH PREJUDICE**.  This order disposes of all claims and closes the case.

     **SO ORDERED.**

                        s/ Stephen J. Murphy, III
                        STEPHEN J. MURPHY, III
                        United States District Judge

Dated: September 28, 2023

Stipulated to, and respectfully submitted, by:

/s/ *Noah S. Hurwitz*
Noah S. Hurwitz (P74063)
Hurwitz Law PLLC
340 Beakes St., Ste. 125
Ann Arbor, MI 48104
*Attorneys for Plaintiff*

/s/ *Gary C. Ankers (with permission)*
Gary C. Ankers (P41599)
Littler Mendelson, P.C.
200 Renaissance Center, Ste. 3110
Detroit, MI 48243
*Attorneys for Defendant*

1